## Landon et al., Appellants, *v.* Taft.

Argued March 26, 1974. *Thomas J. Evans*, for appellants; *Nickolas Piazza*, for appellee.

Order affirmed.

## Lehman Bros., Inc. *v.* Redevelopment Authority of the City of Harrisburg, Appellant.

Argued March 11, 1974. *James W. Reynolds*, with him *Reynolds, Bihl & Schaffner*, for appellant; *Robert W. Maris* and *Richard L. Kearns*, with them *Dilworth, Paxson, Kalish, Levy & Coleman*, and *Caldwell, Clouser & Kearns*, for appellee.

Judgment affirmed.

## Madnick *v.* Allstate Insurance Company, Appellant.

Argued March 20, 1974. *Edward R. Paul*, with him *Joseph G. Manta*, and *LaBrum and Doak*, for appellant; *Robert G. Bellwoar*, with him *Bellwoar, Rich & Mankas*, for appellee.

Order affirmed.